

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EDWARD T. BYRD & COMPANY, INC.,

    Plaintiff,

-vs-                                  Case No. 6:05-cv-135-Orl-22KRS

UNION CENTRAL LIFE INSURANCE
COMPANY and SUMMIT INVESTMENT
PARTNERS, INC.,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court upon the parties' Stipulation for Dismissal with Prejudice, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the action between Plaintiff and Defendant is dismissed with prejudice, including all claims that were or could have been raised in this action. Each party shall bear its own costs and attorney's fees.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida this ___8th___ day of July, 2005.

                                                  JOHN ANTOON, II
                                                United States District Judge
                                                (Signed in the Absence of United States
                                                District Judge Anne C. Conway)

Copies furnished to:

Counsel of Record

Unrepresented Party